## LONG & RICHARDSON MERCANTILE CO. V. MUSGROVE.

(Decided April 19th, 1910.)

APPEAL from Walker Law and Equity Court.

Heard before Hon. T. M. SOWELL.

BANKHEAD & BANKHEAD, for appellant.

ERNEST LACEY, for appellee.

Per curiam. Appeal dismissed.

---

## NORDENBURG & HOLSTEIN.

(Decided April 20th, 1910.)

APPEAL from Cullman Chancery Court.

Heard before Hon. W. H. SIMPSON.

F. E. ST. JOHN and S. J. GRIFFIN, for appellant.

BROWN & KYLE, and EMIL AHLRICHS.

Per curiam. Dismissed for want of prosecution.

---

## ROBERSON V. THE STATE.

(Decided April 12th, 1910.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. S. L. WEAVER.

No counsel marked for appellant.

ALEXANDER M. GARBER, Attorney General, for the State.

Per curiam. Errors confessed. Reversed and remanded.

---

## VERNON V. THE STATE.

(Decided April 21st, 1910.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WILLIAM E. FORT.

No counsel marked for appellant.

ALEXANDER M. GARBER, Attorney General, for the State.

Per curiam. Errors confessed. Reversed and remanded.